# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | 8:10CR272 |
| vs. | ) | ORDER |
| **RICKY SAYER,** | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of defendant Ricky Sayer (Sayer) to amend his conditions of release (Filing No. 25). Upon consideration, the motion is granted and Sayer's conditions of release will be modified to enable Sayer to reside at home with his wife and remain employed. This order will become effective upon Sayer executing a Consent to Modify Conditions of Release with his Pretrial Services supervisor.

**IT IS SO ORDERED.**

DATED this 14th day of October, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge